```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :    08 Cr. 359 (JES)
                                 :
GIUSEPPE VALENTINO,              :
                                 :
             Defendant.          :
                                 :
- - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/20/08

Upon the application of the United States of America, by and through Assistant United States Attorney Maria E. Douvas, and with the consent of Giuseppe Valentino, by and through Fiona M. Doherty, Esq., it is found that the Government has requested an exclusion of time under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), from June 17, 2008 to July 15, 2008, the date for a pre-trial conference, to provide counsel for the defendant the reasonable time necessary for review of discovery and effective preparation, and the granting of such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial;

Therefore, it is ORDERED that the request for an exclusion of time under the Speedy Trial Act from June 17, 2008 to July 15, 2008, is hereby GRANTED pursuant to Title 18, United States Code, Section 3161(h)(8)(A), in the interests of justice.

Dated:   New York, New York
         June 19, 2008

_____
HONORABLE JOHN E. SPRIZZO
UNITED STATES DISTRICT JUDGE